# Supreme Court of Florida

---

No. SC2025-1378

---

**IN RE: AMENDMENT TO FLORIDA RULE OF APPELLATE PROCEDURE 9.200.**

January 22, 2026

PER CURIAM.

This Court recently published for comment a proposed amendment to Florida Rule of Appellate Procedure 9.200(f) (The Record; Correcting and Supplementing Record). Two comments were received, neither expressing opposition to the proposal. Having considered the proposed amendment and the comments received, we hereby amend rule 9.200(f) in the manner proposed.[1] Specifically, a new subdivision (4) is added, providing:

> In all criminal appeals in which the lower tribunal has declared the defendant indigent for purposes of appeal, an order from the court directing supplementation of the record is sufficient to compel the court reporter to provide a transcript to the clerk of the lower tribunal within the time period for supplementation specified in

---

1. We have jurisdiction. *See* art. V, § 2(a), Fla. Const.; *see also* Fla. R. Gen. Prac. & Jud. Admin. 2.140(d).

the court's order. No separate order by the lower tribunal to transcribe proceedings is required.

The Court hereby amends the Florida Rules of Appellate Procedure as reflected in the appendix to this opinion. New language is indicated by underscoring; deletions are indicated by struck-through type. The amendment becomes effective April 1, 2026, at 12:01 a.m.

It is so ordered.

MUÑIZ, C.J., and LABARGA, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.
TANENBAUM, J., did not participate.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THIS AMENDMENT.

Original Proceeding – Florida Rules of Appellate Procedure

Stacy Scott, Public Defender, Eighth Judicial Circuit of Florida, Gainesville, Florida, Jessica J. Yeary, Public Defender, Second Judicial Circuit of Florida, Tallahassee, Florida, and Megan Long, Assistant Public Defender, Second Judicial Circuit of Florida, Tallahassee, Florida, on behalf of the Florida Public Defender Association, Inc., Tallahassee, Florida; and Dwayne Antonio Robinson, Chair, Appellate Court Rules Committee, Miami, Florida, Joshua E. Doyle, Executive Director, The Florida Bar, Tallahassee, Florida, and Heather Savage Telfer, Staff Liaison, The Florida Bar, Tallahassee, Florida,

Responding with comments

## APPENDIX

**RULE 9.200.   THE RECORD**

**(a) – (e)**   [No Change]

**(f)   Correcting and Supplementing Record.**

(1) – (3)   [No Change]

(4)   In all criminal appeals in which the lower tribunal has declared the defendant indigent for purposes of appeal, an order from the court directing supplementation of the record is sufficient to compel the court reporter to provide a transcript to the clerk of the lower tribunal within the time period for supplementation specified in the court's order. No separate order by the lower tribunal to transcribe proceedings is required.

**Committee Notes**

[No Change]